

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

July 30, 2021

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *United States v. Ronald Monroe, a/k/a "Mega," 21 Cr. 465*

Dear Judge McCarthy,

The Government respectfully requests that the indictment in the above-referenced matter be unsealed.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Nicholas S. Bradley / Courtney Heavey
Assistant United States Attorneys
(914) 993-1962 / (212) 637-2413

**APPLICATION GRANTED**

_____
Hon. Judith C. McCarthy

7-31-2021