**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

November 22, 2021

Honorable Cathy Seibel
United States District Judge
Southern District of New York
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By: ECF and Email/PDF

          Re:    *United States v. Ronald Monroe*, 21 Cr. 465 (CS)
                  Letter Motion for Adjournment of Status Conference

Dear Judge Seibel:

      I am appointed to represent the above defendant pursuant to CJA. This matter is scheduled for a status conference on December 10, 2021 at 3:45 pm. I recently received additional electronic discovery in addition to previously disclosed voluminous discovery. I require additional time to review this discovery, consult with my client who is detained at the Essex County Jail in New Jersey and engage in plea negotiations with the Government.

      Due to the foregoing, I write to the Court to request an adjournment of the conference to January 25, 2022 at 2:30 pm, which I am advised is a good date for the Court. The parties anticipate that if an agreement is not contemplated by then, we will be requesting a motion and trial schedule. The Government has no objection to this application.

      Thank you, Your Honor for your consideration of this matter.

12/10/21 conference adjourned to 1/25/22 at 2:30 pm.  The time between now and then is hereby excluded under the Speedy Trial Act in the interests of justice.  The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will enable the defendant and his lawyer to review the remaining discovery and engage in discussions regarding a possible disposition without trial.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

11/23/21

cc:    AUSA Courtney
       AUSA Nicholas